IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

**Jones**
District Judge
(Assigned by Clerk's Office)

**Sargent**
Mag. Referral Judge
(Assigned by Clerk's Office)

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JAN 23 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

CIVIL ACTION NO. __7:23CV00057__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

__James Porter Marine Jr__       __40305__
Plaintiff Name                    Inmate No.

v.

__WellPATH   800 DuPont Rd  Martinsville VA  24112__
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*************************************************************************

A. **Where are you now?** Name *and* Address of Facility:

__Henry Count Adult Detention Center__
__800 DuPont Rd  Martinsville VA  24112__

District Judge
Assign. by Clerk's Ofc.

Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under
**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

James Portee Marine Jr
Plaintiff full name

# 40305
Inmate No.

v.

CIVIL ACTION NO. _____
(Assigned by Clerk's Office)

Wellpath
Defendant(s) full name(s)

***

**A. Where are you now?** Name *and* address of facility Henry County Adult Detention Center 800 Dupont Rd Martinsville VA 24112

**B.** Where did this action take place? Henry County Adult Detention Center

**C.** Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes     ___ No

If your answer to A is Yes, answer the following:

1. Court: United States District Court Western District (VA)
2. Case Number: Civil Action No. 7:22-cv-00682

**D.** Have you filed any grievances regarding the facts of this complaint?

✓ Yes     ___ No

1. If your answer is Yes, indicate the result:
Denied on Everything Asked And Appeal Also denied

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Bit by canine on 8-19-22 on left leg and torso. Wellpath has completely mishandled my situation from that day until now. I feel that there has been medical malpractice.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Sovah health put stitches in my leg on early morning of 8-19-22 for serious dog bites. On 8-22-22 Wellpath worker removed stitches before there was time for wounds to start a proper healing process. The doctor at Sovah health explained to me that stitches should be there from 10-14 days.

See Attached →

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$250,000 - $500,000 and written apology acknowledging wrong doing.

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: [signature] #40305    Date 1-18-23

VERIFICATION:
I, James Porter Marine Jr. _____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: [signature] #40305    Date: 1-18-23

State of VA   County of Henry
The foregoing instrument was acknowledged before me this 19 day of January, 2023
by James P. Marine, Jr.
[signature] Jennifer Smith   Notary Public
My Commission Expires 3-31-25

JENNIFER J. SMITH
NOTARY PUBLIC · REG. # 7030230
Commonwealth of Virginia
My Commission Expires 03/31/2025

(contiued from E. claim #2)                                              1-18-2023

The early removal of these stitches has cause sieveral problems. Soreness, Infections, scar tissue and a very much longer healing process are a few of these things. Todays date is January 18th 2023, And the wands are still open. That is Five (5) complete months since incident.

I told the WellPath worker on 8-22-22 that the E.R doctor said the stitches were supposed to be in for 10-14 days, but she, Sarah Eves, refused to listen.

Notes were not put in my file for months. Medications I was told I would receive were never prescribed.

WellPath has handled my whole situation improperly and inappropriately.

On 11-11-2022, the new Doctor, Dr. Jerkins, told me on video conference that removal of my stitches early was a mistake.

James Marink #40365
Henry County A.D.C.
800 Dupont Rd
Martinsville VA
24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
20 JAN 2023 PM 4 L



Clerk
US District Court
210 Franklin Rd
SW. Suite 540
Roanoke VA
24011-2208

#1 of 6

24011-220840

James Marine #40305
Henry County A.D.C
800 Dupont Rd
Martinsville VA
      24112



Clerk
US District Court
210 Franklin Rd
S.W. Suite 540
Roanoke VA
      24011-2208

#2 of 6

24011-220840



James Marine #40305
Henry. County A.D.C
800 Dupont Rd
Martinsville, VA
24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
20 JAN 2023 PM 4 L

Clerk
US District Court
210 Franklin Rd
S.W Suite 540
Roanoke VA
24011-2208

#3 of 6

24011-220840

James Marine 40305
Henry County ADC
800 Dupont Rd
Martinsville VA
24112



Clerk
U.S. District Court ~~2000 Peatersert~~
~~Salestoo Std~~
210 Franklin Rd
S.W Suite 540
Roanoke, VA 24011-2208

#5 of 6

24011$2208 001



James Marine #40305
Henry County A.D.C
800 Dupont Rd
Martinsville VA
24112

Clerk
U.S. District Court
210 Franklin Rd
S.W Suite 540
Roanoke VA  24011-2208

#4 of 6